AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 03 2019
ARTHUR JOHNSTON
BY ________ DEPUTY

# UNITED STATES DISTRICT COURT
for the

TERRENCE BURNS
*Petitioner*

v.

Case No. 3:19cv630 DPJ-FKB
*(Supplied by Clerk of Court)*

VICTOR MASON
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: TERRENCE BURNS
   (b) Other names you have used:
2. Place of confinement:
   (a) Name of institution: HINDS COUNTY DETENTION CENTER
   (b) Address: 1447 COUNTY FARM RD
   RAYMOND, MS 39154
   (c) Your identification number: 7700065956
3. Are you currently being held on orders by:
   ☐ Federal authorities ☒ State authorities ☐ Other - explain:
4. Are you currently:
   ☒ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you:
   (b) Docket number of criminal case:
   (c) Date of sentencing:
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*:

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☒ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other *(explain)*: ______

6. Provide more information about the decision or action you are challenging:
(a) Name and location of the agency or court: N/A
(b) Docket number, case number, or opinion number: ______
(c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: ______
(d) Date of the decision or action: ______

**Your Earlier Challenges of the Decision or Action**

7. **First appeal**
Did you appeal the decision, file a grievance, or seek an administrative remedy?
☐ Yes ☒ No
(a) If "Yes," provide:
(1) Name of the authority, agency, or court: ______
(2) Date of filing: ______
(3) Docket number, case number, or opinion number: ______
(4) Result: N/A
(5) Date of result: ______
(6) Issues raised: ______

(b) If you answered "No," explain why you did not appeal: ______

8. **Second appeal**
After the first appeal, did you file a second appeal to a higher authority, agency, or court?
☐ Yes ☒ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court:

(2) Date of filing:

(3) Docket number, case number, or opinion number:

(4) Result: N/A

(5) Date of result:

(6) Issues raised:

(b) If you answered "No," explain why you did not file a second appeal:

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes ☒ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court:

(2) Date of filing:

(3) Docket number, case number, or opinion number:

(4) Result: N/A

(5) Date of result:

(6) Issues raised:

(b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes ☒ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes ☒ No

If "Yes," provide:

(1) Name of court:

(2) Case number: N/A

(3) Date of filing:

(4) Result:

(5) Date of result:

(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes ☒ No

If "Yes," provide:

(1) Name of court:

(2) Case number:

(3) Date of filing:

(4) Result: N/A

(5) Date of result:

(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes ☒ No

If "Yes," provide:

(a) Date you were taken into immigration custody:

(b) Date of the removal or reinstatement order:

(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes ☐ No

If "Yes," provide:

(1) Date of filing: ______

(2) Case number: ______

(3) Result: ______

(4) Date of result: ______ N/A

(5) Issues raised: ______

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes ☒ No

If "Yes," provide:

(1) Name of court: ______

(2) Date of filing: ______

(3) Case number: ______ N/A

(4) Result: ______

(5) Date of result: ______

(6) Issues raised: ______

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes ☒ No

If "Yes," provide:

(a) Kind of petition, motion, or application: ______

(b) Name of the authority, agency, or court: ______

(c) Date of filing: ______

(d) Docket number, case number, or opinion number: ______

(e) Result: ______

(f) Date of result: ______

(g) Issues raised: ______

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

GROUND ONE: IS PETITIONER BEING DENIED HIS RIGHT TO DUE PROCESS

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Petitioner was arrested April 20, 2016 and attended his preliminary hearing July 2016. Petitioner was bound over to await actions of the Grand Jury. Petitioner was denied his Judicial Review and denied bond hearing.

(b) Did you present Ground One in all appeals that were available to you?

☐ Yes ☐ No

GROUND TWO: IS PETITIONERS DETAINMENT ILLEGAL BY STATES DENIAL OF A BOND

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Petitioner is continuously being held without bond even though he is not under Section 29. His motions for bond have gone unanswered

(b) Did you present Ground Two in all appeals that were available to you?

☐ Yes ☒ No

GROUND THREE: IS PETITIONER BEING DENIED HIS CONSTITUTIONAL RIGHT TO A SPEEDY TRIAL

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Petitioner was arrested April 20, 2016 and has been continuously detained for more than (40) months. It took more than (14) months to receive one indictment and more than (9) months to receive other indictment.

(b) Did you present Ground Three in all appeals that were available to you?

☐ Yes ☒ No

**GROUND FOUR:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?

☐ Yes ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

**Request for Relief**

15. State exactly what you want the court to do: Petitioners claim for relief is that for the States violation of his Right to Due Process and his Right to a Speedy Trial afforded him under the U.S. Constitution as well as the Mississippi Constitution and violation of the order of September 23, 2013, that he be immediately released from custody and all charges as well as indictment(s) be dismissed with Prejudice.

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

August 25, 2019

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 8-25-19

Terrence Burns
*Signature of Petitioner*

*Signature of Attorney or other authorized person, if any*